**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| TAMARA WRIGHT, | ) | Civil Action No. |
| | ) | 3:26-CV-0208-DJH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LADONIS MAYFIELD, individually, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT REGARDING 26(f) CONFERENCE AND PROPOSED DISCOVERY PLAN**

Come now, the parties and jointly submit this report of the parties pursuant to Dkt. 19 and FRCP 26(f).

1. **Attendees at the conference:** Counsel for the parties conferred via email on **August 11 and 12, 2026.**

2. **Brief Description of the Claims:** This matter arises out of the alleged sexual assault of a female inmate Plaintiff asserts once causes of action against the Defendants pursuant to 42 U.S.C. § 1983, and several Kentucky state law claims: assault, battery, and civil liability for sexual abuse, negligence, negligent hiring and supervision.

3. **Initial Disclosures:** All disclosures required by Rule 26(a)(1) shall be completed on or before **9/1/2026**.

4. **Discovery Plan:** The Parties jointly propose the following discovery plan:

A. **Subject Matter of Discovery:** The Parties shall undertake discovery on the claims and causes of action asserted by Plaintiff and all defenses asserted by Defendants subject to the applicable provisions of Fed. R. Civ. P. 26, *et seq*.

B. **Discovery Commencement:** Discovery shall be completed by **12/11/2027.** The Parties further agree that written discovery requests should be served such that the deadline for the responding Party, pursuant to the Federal Rules of Civil Procedure, is on, or prior to, this deadline. The parties agree that all pleadings, including discovery pleadings, may be served electronically.

C. **Maximum Number of Interrogatories:** Each Party shall be allowed to propound interrogatories subject to the numerical limitations of Fed. R. Civ. P. 33(a), unless additional interrogatories are approved by agreement of Parties or by the Court.

D. **Maximum Number of Requests for Admissions:** Each Party shall be allowed to propound requests for admissions subject to the numerical limitations of Fed. R. Civ. P. 36, unless additional requests for admissions are approved by agreement of Parties or by the Court.

E. **Maximum Number of Depositions:** The Parties propose that the number of depositions conducted by Plaintiff and Defendant be in accordance with Fed. R. Civ. P. 30, unless additional depositions are approved by agreement of the Parties or by the Court. For any 30(b)(6) Depositions, the parties agree to meet and confer.

F. **Maximum Length of Depositions.** The Parties propose that the length of depositions conducted by Plaintiff and Defendant be in accordance with Fed. R. Civ. P. 30, unless otherwise agreed to by the Parties or by the Court. For any 30(b)(6) Depositions, the parties agree to meet and confer.

G. **Expert Disclosures under Fed. R. Civ. P. 26(a)(2).** Expert Disclosures are due as follows:

[1] from Plaintiff by **9/13/2027**;

[2] from Defendant by **10/13/2027**

H. **Supplementations Due Under Fed. R. Civ. P. 26(e):** The Parties shall be under a continuing duty to supplement their discovery responses whenever reasonably appropriate and generally in conformity with the requirements of Fed. R. Civ. P. 26(e).

**5. Other Items**

A. **Joinder of Parties and Amendments to Pleadings:** Each Party shall join any additional parties and file all motions to amend pleadings by **1/11/2027.**

B. **Dispositive Motions and *Daubert* Motions:** The Parties propose that all potentially dispositive motions be filed by **1/11/28.**

C. **Pretrial Motions Pursuant to Rule 26(a)(3):** The Parties propose that all pretrial motions including witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists are to be filed no later than 60 days prior to the assigned trial date.

D. **Settlement and Mediation:** No settlement discussions have occurred at this time. The parties will continue to evaluate the potential for settlement and will promptly notify this Court to schedule a settlement conference or some other form of alternative dispute resolution when appropriate.

E. **Referral to Magistrate Judge:** At this time, the Parties do not consent to refer this matter to the Magistrate Judge pursuant to 28 U.S.C. 636(b) and Fed. R. Civ. P. 73 for all further proceedings, including trial.

F. **Final Pretrial:** The parties do not request a pre-trial conference at this time. The date of a pretrial conference, if any, should be determined following the Court's ruling on dispositive motions.

G. **Trial Date:** late summer of 2028.

H. **Length of Trial:** At this time, the parties have requested a jury trial, and the parties suggest 5 days.

Respectfully submitted,

s/*Daniel J. Canon*

Daniel J. Canon (KY 92048)
Jonathan C. Little (IN 27421-49)
Annemarie Alonso (IN 30506-06)
133 W. Market St., #189
Indianapolis, IN 46204
502-396-3774
dan@dancanonlaw.com
jon@sllawfirm.com
annie@sllawfirm.com
*Counsel for Plaintiff*

*s/ Erica K. Mack (with permission)*

Ericka K. Mack
163 E. Main Street, Suite 200
Lexington, KY 40507
(859) 225-1493
emack@wgmfirm.com

*/s Matthew R. Bastin (with permission)*

Matthew R. Bastin
Vaughn Petitt Legal Group, PLLC
7500 W. Highway 146
Pewee Valley, Kentucky 40056
(502) 243-9797
mbastin@vplegalgroup.com